**DISMISS; Opinion Filed January 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01478-CV

### IN THE INTEREST OF S.H., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30045-2013**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

This is an appeal from the termination of J.E.'s parental rights. The trial court signed the judgment terminating J.E.'s parental rights on February 28, 2014. J.E.'s notice of appeal was due twenty days after the trial court signed the judgment, March 20, 2014. *See* TEX. FAM. CODE ANN. §§ 109.002(a); 263.405(a) (West 2014); TEX. R. APP. P. 26.1(b), 28.4(a)(1). The time to file the notice of appeal could have been extended an additional fifteen days to April 4, 2014. *See* TEX. R. APP. P. 26.3. J.E. filed his notice of appeal on November 19, 2014, more than seven months after the time had expired to file the notice of appeal or a motion for extension of time to file the notice of appeal. "A timely filed notice of appeal is a requirement for this Court's jurisdiction." *Lab. Corp. of Am. v. Mid-Town Surgical Ctr., Inc.*, 16 S.W.3d 527, 529 (Tex. App.—Dallas 2000, no pet.); *see* TEX. R. APP. P. 25.1(b). On December 1, 2014, this Court asked J.E. to file a brief explaining how this Court has jurisdiction over this appeal. J.E. responded with a letter filed December 5, 2014 that failed to show this Court has jurisdiction.

Because the notice of appeal was untimely, we conclude we lack jurisdiction over this appeal.

*See Lab. Corp.*, 16 S.W.3d at 529.

We dismiss this appeal for want of jurisdiction.


/Lana Myers/
LANA MYERS
JUSTICE

141478F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.H., A CHILD

No. 05-14-01478-CV

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-30045-2013.
Opinion delivered by Justice Myers. Justices Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 7th day of January, 2015.